**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| COHEN, EDWARD M. | ) | |
| | ) | CASE NO. 05-57804 SDJ |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE
      BANKRUPTCY JUDGE JOHN D. SCHWARTZ

NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 10/15/05. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 10/15/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $2,363.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of April 22, 2007 is as follows:

   a.   RECEIPTS (See Exhibit C)                                              137,720.22
   b.   DISBURSEMENTS (See Exhibit C)                                          10,361.96
   c.   NET CASH available for distribution                                   127,358.26
   d.   TRUSTEE/PROFESSIONAL COSTS
        1.   Trustee compensation requested                                     9,840.34
             (See Exhibit E)
        2.   Trustee Expenses (See Exhibit E)                                     324.65

      3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F)     4,186.25

5.    The Bar Date for filing unsecured claims expired on 06/08/06.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid Secured Claims     0.00
    b.    Chapter 7 Administrative and 28 U.S.C. §1930 Claims     14,351.24
    c.    Allowed Chapter 11 Administrative Claims     0.00
    d.    Allowed Priority Claims     0.00
    e.    Allowed Unsecured Claims     106,989.67

7.    Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 4.19%

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $4,186.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $14,351.24 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9.    A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

    RESPECTFULLY SUBMITTED:

Dated:   04/22/2007        By:   /s/ Bradley J. Waller
                                      BRADLEY J. WALLER, TRUSTEE
                                      KLEIN, STODDARD, BUCK, WALLER
                                      & LEWIS, LLC
                                      2045 ABERDEEN COURT
                                      SYCAMORE, IL  60178

Edward M. Cohen
05-57804

**TASKS PERFORMED BY TRUSTEE**

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. The Trustee and debtor's counsel agreed that equity existed in two (2) parcels of real estate. The Trustee and debtor's counsel obtained valuations. With court approval the Trustee compromised the estate's interest in the respective parcels.
      The Trustee prepared semi-annual reports to the United States Trustee's Office.
      The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.
      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.
      The Trustee attended to tax issues concerning the estate by hiring an accountant to prepare tax documents to the Internal Revenue Service, the Illinois Department of Revenue and the State of Michigan Department of the Treasury. Prompt determination letters are attached herein.
      The Trustee reviewed the claims filed in this case and objected to Claim #2: citimortgage.

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-57804 SDJ  
**Case Name:** COHEN, EDWARD M.  
**Period Ending:** 04/21/07

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 02/02/06  
**Claims Bar Date:** 06/08/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY DWELLING (SKOKIE) | 182,500.00 | 30,000.00 | | 30,000.00 | FA |
| 2 | HOUSE-SOUTH HOLLAND MICHIGAN | 132,500.00 | 53,165.00 | | 53,165.00 | FA |
| 3 | VACANT LOT-SOUTH HAVEN MICHIGAN | 55,000.00 | 33,835.00 | | 33,835.00 | FA |
| 4 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | CHECKING ACCOUNT | 1,313.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | BOOKS, PICTURES | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | PENSION-FRUIT OF THE LOOM | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | CASH FROM LOT SALE (SOUTH HAVEN, MI) (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 720.22 | Unknown |
| 11 | **Assets** Totals (Excluding unknown values) | **$372,363.00** | **$137,000.00** | | **$137,720.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-57804 SDJ  
**Case Name:** COHEN, EDWARD M.  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/15/05 (f)  
**§341(a) Meeting Date:** 02/02/06  

**Period Ending:** 04/21/07  
**Claims Bar Date:** 06/08/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2007      **Current Projected Date Of Final Report (TFR):** April 23, 2007  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-57804 SDJ | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|
| Case Name: | COHEN, EDWARD M. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****53-19 - Time Deposit Account |
| Taxpayer ID #: | 13-7541161 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/21/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 10/25/06 | | FUNDING ACCOUNT: ********5365 | | 9999-000 | 100,000.00 | | 100,000.00 |
| 11/27/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 106.90 | | 100,106.90 |
| 12/26/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 110.76 | | 100,217.66 |
| 01/24/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 110.87 | | 100,328.53 |
| 02/23/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 104.07 | | 100,432.60 |
| 03/26/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 106.29 | | 100,538.89 |
| | | | **ACCOUNT TOTALS** | | **100,538.89** | **0.00** | **$100,538.89** |
| | | | Less: Bank Transfers | | 100,000.00 | 0.00 | |
| | | | **Subtotal** | | **538.89** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$538.89** | **$0.00** | |

{} Asset reference(s)        Printed: 04/21/2007 06:35 PM    V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-57804 SDJ  
**Case Name:** COHEN, EDWARD M.  

**Taxpayer ID #:** 13-7541161  
**Period Ending:** 04/21/07  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/06 | | Charter One/Official Check | Payment per court order of 09/12/2006 Authorizing Trustee to Compromise Estate's Interest in Debtor's Principal Residence and Other Real Estate Belonging to Debtor and Acceptance of Lot Proceeds. | | 137,000.00 | | 137,000.00 |
| | {1} | | | 30,000.00 | 1110-000 | | 137,000.00 |
| | {10} | | | 20,000.00 | 1210-000 | | 137,000.00 |
| | {2} | | | 53,165.00 | 1110-000 | | 137,000.00 |
| | {3} | | | 33,835.00 | 1110-000 | | 137,000.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.00 | | 137,009.00 |
| 10/25/06 | | ACCOUNT FUNDED: ********5319 | | 9999-000 | | 100,000.00 | 37,009.00 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 82.91 | | 37,091.91 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.38 | | 37,116.29 |
| 12/02/06 | 1001 | Michigan Department of Treasury | 2005 Michigan Fiduciary Income Tax (MI-1041) | 2820-000 | | 3,252.00 | 33,864.29 |
| 12/02/06 | 1002 | United States Treasury | 2005 1041 for period ending 09/30/2006 | 2810-000 | | 7,006.00 | 26,858.29 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.40 | | 26,877.69 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.92 | | 26,895.61 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.40 | | 26,909.01 |
| 03/01/07 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-57804 | 2300-000 | | 103.96 | 26,805.05 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.32 | | 26,819.37 |

**Subtotals :**   **$137,181.33**   **$110,361.96**

{} Asset reference(s)

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-57804 SDJ  
**Case Name:** COHEN, EDWARD M.  
**Taxpayer ID #:** 13-7541161  
**Period Ending:** 04/21/07  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 137,181.33 | 110,361.96 | $26,819.37 |
| | | | Less: Bank Transfers | | 0.00 | 100,000.00 | |
| | | | **Subtotal** | | 137,181.33 | 10,361.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$137,181.33** | **$10,361.96** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****53-19 | 538.89 | 0.00 | 100,538.89 |
| MMA # ***-*****53-65 | 137,181.33 | 10,361.96 | 26,819.37 |
| | **$137,720.22** | **$10,361.96** | **$127,358.26** |

{} Asset reference(s)   Printed: 04/21/2007 06:35 PM   V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| COHEN, EDWARD M. | ) | |
| | ) | CASE NO. 05-57804 SDJ |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 14,351.24 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 52,743.26 |
| Tardily-Filed Unsecured Claims: | $ 47,849.12 |
| Post-Petition Interest: | $ 6,397.29 |
| Surplus to Debtor: | $ 6,017.35 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 127,358.26 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                             **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $14,351.24 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | BRADLEY J. WALLER, Trustee Fees | 9,840.34 | 9,840.34 |
| | BRADLEY J. WALLER, Trustee Expenses | 324.65 | 324.65 |
| | LEE G. SCHWENDNER, Accountant Fees | 1,876.25 | 1,876.25 |
| | BRADLEY J. WALLER, Attorney's Fees | 2,310.00 | 2,310.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                             **PAGE 3**

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 5. | TYPE OF CLAIMS | | |
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 6. | TYPE OF CLAIMS | | |
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 7. | TYPE OF CLAIMS | | |
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 8. | TYPE OF CLAIMS | | |
| | 507(a)(6) - Deposits by consumers to the extent of | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

$1,950.00

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                        **PAGE 5**

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $52,743.26 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 3 | American Express Travel Related Svcs Co | 991.75 | 991.75 |
| 4 | MBNA America Bank N A | 5,189.62 | 5,189.62 |
| 5 | American Express Bank, FSB | 46,561.89 | 46,561.89 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $47,849.12 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 6 | Brown Bark I, L.P. | 47,849.12 | 47,849.12 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                              **PAGE 6**

| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $6,397.29 | 100.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|
| 3I | American Express Travel Related Svcs Co | 63.07 | 63.07 |
| 4I | MBNA America Bank N A | 330.04 | 330.04 |
| 5I | American Express Bank, FSB | 2,961.16 | 2,961.16 |
| 6I | Brown Bark I, L.P. | 3,043.02 | 3,043.02 |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $6,017.35 | 100.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|
| SURPLUS | COHEN, EDWARD M. | 6,017.35 | 6,017.35 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                                          **PAGE 7**

| | | | | |
|---|---|---|---|---|
| Secured | 2 | CitiMortgage Inc<br>P O Box 9481<br>Gaithersburg, MD  208989481 | $200,108.23 | Disallowed per<br>court order of<br>03/22/2007 |

  WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated: _____              _____
                     BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Edward M. Cohen
05-57804

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| Bradley J. Waller, Trustee | 0.00 | 2,310.00 | 2,310.00 |
| Klein, Stoddard, Buck, Waller & Lewis | | | |
| 2045 Aberdeen Court | | | |
| Sycamore, IL 60178 | | | |
| | | | |
| **Accountant for Trustee** | | | |
| Lee G. Schwendner | 0.00 | 1,876.25 | 1,876.25 |
| DiGiovine, Hnilo, Jordan & Johnson | | | |
| 2570 Foxfield Road, Suite 301 | | | |
| St. Charles, IL 60174 | | | |
| | | | |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| | | | |
| **Attorney for Debtor** | | | |
| Donald F. Engel | 1,500.00 | 0.00 | 1,500.00 |
| 320 W. Ohio Street, Suite 501 | | | |
| Chicago, IL 60610 | | | |
| | | | |
| **Other Professionals** | | | |
| Bradley J. Waller, Trustee | 0.00 | 10,164.99 | 10,164.99 |
| Klein, Stoddard, Buck, Waller & Lewis | | | |
| 2045 Aberdeen Court | | | |
| Sycamore, IL 60178 | | | |
| | | | |
| TOTAL | | $ 1,500.00   $ 14,351.24 | $ 15,851.24 |

**EXHIBIT G**