**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| COHEN, EDWARD M. | ) | |
| | ) | CASE NO. 05-57804 SDJ |
| | ) | |
| | ) | JUDGE JOHN D. SCHWARTZ |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U S Bankruptcy Court, 219 S Dearborn, Courtroom 719, Chicago, IL

    on:   **June 21, 2007**
    at:   **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $       137,720.22

    b. Disbursements                         $        10,361.96

    c. Net Cash Available for Distribution   $       127,358.26

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 9,840.34 | $ 324.65 |
| Bradley J. Waller, Attorney | $ 0.00 | $ 2,310.00 | $ 0.00 |
| Lee G. Schwendner, Accountant | $ 0.00 | $ 1,876.25 | $ 0.00 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | none | | |

6. Claims of general unsecured creditors totaling $112,903.06, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Travel Related Svcs Co | $ 991.75 | $ 991.75 |
| 4 | MBNA America Bank N A | $ 5,189.62 | $ 5,189.62 |
| 5 | American Express Bank, FSB | $ 46,561.89 | $ 46,561.89 |
| 6 | Brown Bark I, L.P. | $ 47,849.12 | $ 47,849.12 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Checking Account
    c. Household Goods
    d. Books, Pictures
    e. Wearing Apparel
    f. Pension-Fruit of the Loom

Dated:    **May 22, 2007**                      For the Court,

                                         By:    **KENNETH S GARDNER**
                                                Kenneth S Gardner
                                                Clerk of the United States Bankruptcy Court
                                                219 S. Dearborn Street, 7th Floor
                                                Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

804   Doc 32   Filed 05/22/07   Entered 05/25/07 00:14:23   Desc Imaged
             Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1         Date Rcvd: May 22, 2007
Case: 05-57804                 Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on May 24, 2007.
 db         +Edward M Cohen,    9333 LaVergne Avenue,    Skokie, IL 60077-1315
 aty        +Donald F Engel,    Donald F Engel P C,    320 West Ohio Street,   Suite 501,
              Chicago, IL 60610-4116
 tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 cr         +Joseph C Petterutti Jr,    111 Westminster St,    RI1-102-15-01,   Providence, RI 02903-2305
 acc         Lee Schwendner,    DeGiovine, Hnilo, Jordan & Johnson
10296006     American Express Bank, FSB,    c/o Becket and Lee LLP,    P O Box 3001,   Malvern PA 19355-0701
10703342     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
10296009     Bank of America,    America West Flight Fund Account,    P. O. Box 650260,   Dallas, TX 75265-0260
10296010     Bank of America,    P. O. Box 60073,    City Of Industry, CA 91716-0073
10296008    +Bank of America,    successor Fleet National Bank,    c/o Joseph C Petterutti Jr,
              111 Westminster St RI1-102-15-01,    Providence RI 02903-2305
10296011     Bank of America/Fleet,    c/o Small Business Services,    P. O. Box 1070,   Newark, NJ 07101-1070
10861166    +Brown Bark I, L.P.,    co Marc J. Chalfen,    Kelly Olson Michod DeHaan & Richter, LLC,
              30 S. Wacker Dr. #2300,    Chicago, Ill 60606-7413
10861162    +Brown Bark I, LLP,    c/o Marc J. Chalfen,    Kelly Olson Michod DeHaan & Richter, LLC,
              30 S. Wacker Dr. #2300,    Chicago, Ill 60606-7413
10296012     Capital One Service,    P. O. Box 790217,    Saint Louis, MO 63179-0217
10296013     Chase Mastercard,    P. O. Box 15651,    Wilmington, DE 19886-5651
10296014    +CitiMortgage,    PO Box 6006,    The Lakes, NV 88901-6006
10689034     CitiMortgage Inc,    P O Box 9481,    Gaithersburg MD 20898-9481
10296016     HSBC Mortgage Corp,    Suite 0241,    Buffalo, NY 14270-0241
10296017    +MBNA AMERICA,    c/o Advanced Call Center Tech.,    P. O. Box 8457,   Johnson City, TN 37615-0457
10703345    +MBNA America Bank N A,    Mailstop DE5-014-02-03,    P O Box 15168,   Wilmington De 19850-5168
10296018     Wells Fargo,    P. O. Box 54349,    Los Angeles, CA 90054-0349

The following entities were served by electronic transmission on May 23, 2007.
10664776    +E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2007 02:16:48
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
10296015    +E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2007 02:16:48     Discover Card,
              P. O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10296007     American Express,    P. O. Box 360002,    Ft. Lauderdale
 aty*       +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 aty*       +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
 aty*       +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                                        TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 24, 2007**                    **Signature:**    _/s/ Joseph Speetjens_